**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br> v.<br><br>PATTERSON HOTEL ASSOCIATES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>                    Defendants. | Case No. 2:16-cv-01017-JAM-CKD<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT PATTERSON HOTEL ASSOCIATES, LLC TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: May 13, 2016 |

Pursuant to the parties' stipulation and good cause appearing therefore, **IT IS SO ORDERED:**

Defendant PATTERSON HOTEL ASSOCIATES, LLC should answer or otherwise respond to Plaintiff's Complaint on or before Thursday, August 18, 2016.

Dated: 7/28/2016

/s/ John A. Mendez_____

Honorable John A. Mendez

Judge of the United States District Court